

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|   |   |
|---|---|
| § | No. 08-14-00220-CV |
| § | |
| IN THE INTEREST OF | Appeal from |
| § | |
| A.R.A. AND O.A., CHILDREN. | 383rd District Court |
| § | |
| | of El Paso County, Texas |
| § | |
| | (TC # 2010CM8846) |
| § | |

**MEMORANDUM OPINION**

Appellant, Dr. Manuel Aranda, Jr., has filed a motion to dismiss this appeal because the trial court has entered an agreed order vacating the award of interim attorney's fees. Courts do not have jurisdiction to provide advisory opinions, or to decide cases on hypothetical or contingent facts. *Valley Baptist Medical Center v. Gonzalez*, 33 S.W.3d 821, 822 (Tex. 2000); *Beltran v. Beltran*, 324 S.W.3d 107, 110 (Tex.App.--El Paso 2010, no pet.). The mootness doctrine precludes a court from rendering an advisory opinion. *Camarena v. Texas Employment Commission*, 754 S.W.2d 149, 151 (Tex. 1988); *Beltran*, 324 S.W.3d at 110. A case is rendered moot when: (1) it appears that a party seeks to obtain a judgment upon some controversy, when in reality none exists; or (2) a party seeks a judgment upon some matter which cannot have a practical legal effect upon a then existing controversy. *Beltran*, 324 S.W.3d at 110. The parties' resolution of the dispute between them and the trial court's entry of the agreed order vacating the

award of attorney's fees has rendered this appeal moot. Accordingly, we grant Appellant's motion and dismiss the appeal as moot.


August 13, 2014

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J., not participating